UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN THE MATTER OF: ) CHAPTER 13
)
    Phillip Harbacek ) CASE NO. 21-81082
    Dianna Harbacek )
)
        Debtor(s) )

**SWORN STATEMENT REQUESTING CONFIRMATION**

State of Illinois )
) s
County of )

The Debtors, Phillip and Dianna Harbacek, in the above captioned case makes the following statements under penalty of perjury (Check all applicable statements)

1.    ✓  A. Since the filing of this bankruptcy, I have not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. § 101 (14A).

OR

      B. I have paid all amounts that first became due and payable after the filing of this bankruptcy, which I am required to pay under a domestic support obligation [as defined in 11 U.S.C. §101 (14A)] required by a judicial or administrative order, or by statute.

2. I have filed all Federal, State and local tax returns required by law to be filed for all taxable periods ending during the 4-year period prior to filing of this bankruptcy, or, if I have not filed a tax return for any of the 4 years, I was not required to file a tax return for those years.

**By signing this statement, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to confirm the Chapter 13 Plan. The Court may revoke confirmation of the Chapter 13 Plan if the statements relied upon are not accurate.**

/s/ *Phillip Harbacek*
Phillip Harbacek Debtor

/s/ *Dianna Harbacek*
Dianna Harbacek Debtor